USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

    Plaintiff,

v.

MICHAEL ANDREW PETRESCU-COMNENE,

    Defendant.

Civ. No. 1:00-CV-07825-RMB

---

## [PROPOSED] ORDER DIRECTING THE TURNOVER OF FUNDS DEPOSITED IN THE COURT'S REGISTRY TO THE SEC TO REMIT TO THE UNITED STATES TREASURY

Upon consideration of Plaintiff's, Securities and Exchange Commission ("SEC" or "Commission"), Motion for an Order Directing the Turnover of Funds Deposited in the Court's Registry to the SEC to Remit to the United States Treasury and all responses thereto,

IT IS HEREBY ORDERED that Plaintiff's Motion (Dkt No. __18__) is GRANTED;

IT IS FURTHER ORDERED that the Clerk of this Court is authorized and directed to pay all funds presently being held in the Registry in connection with the above captioned action, together with all interest accrued thereon, by check payable to the "United States Securities and Exchange Commission" and mail or deliver the check(s) to the following address: Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, Oklahoma 73169.

IT IS FURTHER ORDERED that upon receipt of such funds the Commission shall remit the funds to the United States Treasury.

SO ORDERED.

_____RMB_____
UNITED STATES DISTRICT JUDGE

Date: __Feb. 24__, 2020